ALEXIS GALINDO (State Bar No. 136643)
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
Email:agalindo@cgsattys.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK ROMAN CASTRO, DECEASED, through his Co-Successors in Interest, RODNEY CASTRO, and Individually as his father and VIRGINIA CASTRO, and individually as his mother; RAC, a Minor, through GAL Irene Eva Coronado; JNC, a Minor through GAL Erin Chavez; DRM, a Minor through GAL Romie Martinez;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, a State Agency, DEUEL VOCATIONAL INSTITUTION, A California State Prison; KIMBERLY SEIBEL, Individually and in her official capacity as Acting Warden of DVI; SCOTT KERNAN, Individually and in his official capacity as Secretary of CDCR; EDMUND G. BROWN, JR, in his individual and official capacity as Governor;COUNTY OF SAN BERNARDINO, a public entity, and DOES 1 through 20, Jointly and Severally,<br><br>Defendants. | **CASE NO: 18-cv-02115-KJM-EFB**<br><br>**ORDER RE: LEAVE TO AMEND COMPLAINT.** |

The Court having found good cause and based upon the stipulation of the parties, IT IS SO ORDERED that:

1. Plaintiffs file a first amended complaint on or before November 2, 2018.
2. Defendants need not respond to the original complaint (ECF No. 1.)

**IT IS SO ORDERED.**

DATED: October 18, 2018.

_____
UNITED STATES DISTRICT JUDGE