| | |
|---|---|
| 1 | CURD, GALINDO & SMITH, L.L.P. |
| | ALEXIS GALINDO, State Bar No. 136643 |
| 2 |   301 East Ocean Boulevard, Suite 1700 |
| |   Long Beach, CA 90802 |
| 3 |   Telephone: (562) 624-1177 |
| |   Fax: (562) 624-1178 |
| 4 |   E-mail: agalindo@cgsattys.com |
| | *Attorneys for Plaintiffs* |
| 5 | |
| | XAVIER BECERRA, State Bar No. 118517 |
| 6 | Attorney General of California |
| | DAMON G. MCCLAIN, State Bar No. 209508 |
| 7 | Supervising Deputy Attorney General |
| | JENNIFER J. NYGAARD, State Bar No. 229494 |
| 8 | Deputy Attorney General |
| |   1515 Clay Street, 20th Floor |
| 9 |   P.O. Box 70550 |
| |   Oakland, CA 94612-0550 |
| 10 |   Telephone: (510) 879-0802 |
| |   Fax: (510) 622-2270 |
| 11 |   E-mail: Jennifer.Nygaard@doj.ca.gov |
| | *Attorneys for Defendants* |
| 12 | *Adolfson and Burton* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY CASTRO, Individually and as Co-Successors in Interest, et al.,**<br><br>                            Plaintiffs,<br><br>    **v.**<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                            Defendants. | 2:18-cv-02115-KJM-EFB<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:       The Honorable Kimberly J. Mueller<br>Trial Date:  Not Scheduled<br>Action Filed: August 1, 2018 |

    Plaintiffs and Defendants Adolfson and Burton ("the Parties") stipulate and agree that Defendants Adolfson and Burton may have until February 14, 2019, to file a responsive pleading to Plaintiffs' First Amended Complaint. This is the second stipulation between the Parties for an extension of time for Defendants Adolfson and Burton to file a responsive pleading.

    The Parties agree that the following good cause exists for the extension:

1

Stip. and Order Extending Defs.' Time Respond Pls.' First Am. Compl. (2:18-cv-02115-KJM-EFB)

1. Plaintiffs filed the First Amended Complaint on November 2, 2018, against Defendants Adolfson, Seibel, Burton, Kernan, Diaz, and Brown.  (ECF No. 11.)

2. Defendants Adolfson and Burton were served on December 6, 2018.  (ECF Nos. 15, 16.)

3. Defendants Seibel, Kernan, Diaz, and Brown have not been served.

4. The Parties previously stipulated to extend the time for Defendants Adolfson and Burton to respond to Plaintiffs' First Amended Complaint to January 24, 2019.  (ECF No. 17.)

5. The Parties telephonically met and conferred on January 15, 2019, to discuss the motion to dismiss the First Amended Complaint that Defendants Adolfson and Burton intend to file.  The Parties agreed that it would be in the interest of judicial economy to extend the deadline for Defendants Adolfson and Burton to respond to the First Amended Complaint to February 14, 2019, to allow sufficient time for the remaining defendants to be served, and avoid the filing of multiple motions to dismiss.

IT IS SO STIPULATED.

Dated:  January 16, 2019  */S/ Alexis Galindo*
Alexis Galindo
*Attorney for Plaintiffs*

Dated:  January 16, 2019  */S/ Jennifer J. Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants Adolfson and Burton*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 16, 2019.

_____
UNITED STATES DISTRICT JUDGE

2

Stip. and Order Extending Defs.' Time Respond Pls.' First Am. Compl. (2:18-cv-02115-KJM-EFB)