CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO, State Bar No. 136643
  301 East Ocean Boulevard, Suite 1700
  Long Beach, CA 90802
  Telephone: (562) 624-1177
  Fax: (562) 624-1178
  E-mail: agalindo@cgsattys.com
*Attorneys for Plaintiffs*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (510) 879-0802
  Fax: (510) 622-2270
  E-mail: Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants*
*Adolfson, Diaz, and Seibel*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY CASTRO, Individually and as Co-Successors in Interest, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                        Defendants. | 2:18-cv-02115-KJM-EFB<br><br>**JOINT STIPULATION AND ORDER UNDER FRCP 19 JOINING PLAINTIFF M.C.**<br><br>Judge:     The Honorable Kimberly J. Mueller<br>Trial Date:  Not Scheduled<br>Action Filed:  August 1, 2018 |

THE PARTIES STIPULATE that:

1) M.C., a female minor, date of birth August 31, 2006, is a purported biological child of Decedent Roderick Castro;

2) M.C. claims an interest relating to the subject of this action and is so situated that disposing of the action in her absence leaves Defendants Adolfson, Diaz, and Seibel

1

subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations;

3) Under Federal Rule of Civil Procedure 19(a), M.C. is a required party and must be joined in this action;

4) M.C.'s joinder will not deprive this Court of subject matter jurisdiction;

5) M.C.'s biological mother, Claudia Silva, shall serve as her as guardian in this action under Federal Rule of Civil Procedure 17(c);

6) Alexis Galindo has been retained to represent M.C., through Claudia Silva, in this action; and

7) Therefore, M.C. is joined as a Plaintiff in this action.

IT IS SO STIPULATED.

Dated: August 6, 2019  */S/ Alexis Galindo*
Alexis Galindo
*Attorney for Plaintiffs*

Dated: August 6, 2019  */S/ Jennifer J. Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants*
*Adolfson, Diaz, and Seibel*

Pursuant to this stipulation, it is so ORDERED. According, the Clerk of Court is directed to reflect the addition of M.C. as a party to this action on the court docket.

DATED: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

2

Joint Stip. Order Under FRP 19 Joining Pl. M.C. (2:18-cv-02115-KJM-EFB)