# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CASTRO, et al., | Case No. 2:18-cv-02115-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The parties have not complied with Local Rule 141's requirements or provided the court with any basis to approve their joint application to file under seal the anticipated application for approval of minors' compromise. Accordingly, the request is DENIED without prejudice. If the parties wish to renew their request, they should consult Local Rules 140 and 141 and relevant case law governing requests to seal documents filed on a public docket and consider whether seeking redaction of certain information is sufficient to protect identifying information.

IT IS SO ORDERED.

DATED: September 4, 2019.

_____
UNITED STATES DISTRICT JUDGE